AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Iowa

RECEIVED
2019 MAR 22  PM 12: 00
U.S. MARSHALS SERVICE
Southern District of Iowa

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| WALTER STEFON BURGS | ) | Case No.  4:19-MJ-172 |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   WALTER STEFON BURGS ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846, 841(b)(1)(C) - Conspiracy to distribute controlled substances

Date:  03/22/2019

*Issuing officer's signature*  Helen C. Adams

City and state:   Des Moines, Iowa          Helen C. Adams, Chief United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 3/22/19 , and the person was arrested on *(date)* 3/27/19
at *(city and state)* Des Moines, IA .

Date: 3/27/19

*Arresting officer's signature*

FBI SA Jason Soo
*Printed name and title*